

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Dasha Chestukhin**
(212) 790-9251
dxc@cll.com

November 12, 2025

Hon. Ronnie Abrams
District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The initial conference is hereby adjourned to January 9, 2026 at 1:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 13, 2025

Re:   *Schofield v. Sony Music Entertainment et al.*
      Civil Action No. 1:25-cv-07422

Dear Judge Abrams:

This firm represents all defendants in the above-captioned case, namely, Sony Music Entertainment ("SME"); Epic Records ("Epic"), which is not a separate legal entity but a division of SME; Tyshawn Johnson ("Johnson") and Naquonn Dumar Solomon ("Solomon" and, collectively with SME, Epic and Johnson, the "Defendants").

The Court has scheduled an initial conference for December 12, 2025 at 12:30pm. *See* ECF No. 24. Because Defendants' responsive pleading is not due until January 3, 2026, *see* ECF No. 23, and because Defendants' lead counsel Jonathan King will be on trial starting on December 8, 2025, Defendants respectfully, and with pro se Plaintiff Kim Schofield's consent, request an adjournment of this conference.

In particular, Defendants seek, with Plaintiff's consent, an adjournment of the December 12, 2025 initial conference to **January 9, 2026 at 12:30pm** or such other date and time after January 5, 2026 that is convenient for the Court. This is the **first adjournment request** sought in connection with this conference. Plaintiff has consented to this adjournment.

We thank the Court for its attention to the foregoing.

Respectfully,

Dasha Chestukhin

32590/000/7046596