

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Dasha Chestukhin**
(212) 790-9251
dxc@cll.com

December 2, 2025

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Hon. Ronnie Abrams
December 3, 2025

> Re:  *Schofield v. Sony Music Entertainment et al.*
>      Civil Action No. 1:25-cv-07422

Dear Judge Abrams:

This firm represents all defendants in the above-captioned case, namely, Sony Music Entertainment ("SME"); Epic Records ("Epic"), which is not a separate legal entity but a division of SME; Tyshawn Johnson ("Johnson") and Naquonn Dumar Solomon ("Solomon" and, collectively with SME, Epic and Johnson, the "Defendants").

Defendants, with the consent of pro se plaintiff Kim Schofield ("Plaintiff"), previously requested and received an adjournment of the initial conference from December 12, 2025 to January 9, 2026. *See* ECF Nos. 25, 26.

It was the parties' intent, when seeking that adjournment, to simultaneously adjourn the December 5, 2025 deadline (a week before the original hearing date) for the joint letter, and proposed case management plan and scheduling order, *see* ECF No. 24, to **January 2, 2026** (a week before the adjourned hearing date). However, because that request was not specified in the parties' first adjournment request, see ECF No. 25, the parties now write to explicitly request this extension.

In particular, Defendants seek, with Plaintiff's consent, an extension of the December 5, 2025 deadline for the joint letter/case management plan to **January 2, 2026**. This is the **first extension request** explicitly sought in connection with this deadline.

We thank the Court for its attention to the foregoing.

Respectfully,

Dasha Chestukhin

32590/004/7057779