UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

KIM SCHOFIELD,

          *Plaintiff,*

         v.

WORLD WRESTLING ENTERTAINMENT LLC,
JOHN CENA, TKO GROUP HOLDINGS, INC.

         *Defendants.*

-----------------------------------------------------X

**ORDER CLARIFYING
DOCKET ENTRIES
43-43**

**Case No. 25-cv-10038-RA
Related No. 25-cv-07422-RA**

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's filing at Dkt. 43 is construed as dismissing all claims against Defendant Jacob Brian Dutton only, and not the action in its entirety.

Alternatively, pursuant to Fed. R. Civ. P. 21, Defendant Jacob Brian Dutton is dropped from this action on the terms stated in Dkt. 43, *nunc pro tunc*, to June 25, 2026.

The Clerk of Court is respectfully directed to terminate Jacob Brian Dutton as a defendant.

SO ORDERED.

Dated:    June 29, 2026
         New York, New York

_____
         Hon. Ronnie Abrams

1